IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RHONDA LILLIAN LITTLE NOWAK,
     Petitioner,

vs.                                           Case No. 3:07cv84/RV/EMT

JAMES R. McDONOUGH,
     Respondent.
_____/

# **O R D E R**

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 17, 2007.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections, if any.

       Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.  Respondent's motion to dismiss (Doc. 9) is **GRANTED**.

       3.  The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** with prejudice as untimely.

       **DONE AND ORDERED** this 3rd day of October, 2007.


                      /s/ *Roger Vinson*
                      **ROGER VINSON**
                      **SENIOR UNITED STATES DISTRICT JUDGE**